**Order entered July 8, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01217-CV

## IN THE INTEREST OF P.G.G., B.N.G., AND R.T.G., MINOR CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-05-03154**

## ORDER

Although directed by this Court's June 16, 2015 order to file, no later than June 30, 2015, the reporter's record of the trial court's February 13, 2014 and August 22, 2014 hearings, court reporter Tanner Joy Feast has failed to do so. Accordingly, we **ORDER** Ms. Feast to file the requested record no later than July 13, 2015. *No extensions will be granted absent exigent circumstances and failure to comply may result in an order that Ms. Feast not sit as a court reporter until the requested record is filed.*

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Carmen Rivera-Worley, Presiding Judge of the 254th Judicial District Court, Ms. Feast, and the parties.


/s/     CRAIG STODDART
          JUSTICE